# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3117

_____

Michael Joseph Sims,

*Plaintiff - Appellant,*

v.

Gary B. Randall; Don Kleine; Corey O'Brien; Jeffrey John Lux; George R. Love;
Jon Bruning; Jill Lustgarten; Unknown #1; Unknown #2; Unknown #3,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: February 11, 2013
Filed: February 14, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Michael Joseph Sims appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint, and the denial of his motion seeking reconsideration of the dismissal. Having carefully reviewed the record and Sims's brief, we find no error warranting reversal. We therefore affirm the dismissal and the denial of the motion for reconsideration. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.